```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 03848
   DRAGANA ZIVKOVIC
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-1949

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/20/2008 and was confirmed 05/05/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors    .00%.

     The case was dismissed after confirmation 11/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED VEHIC   29600.84         1055.78        2760.70
SWEDISH COVENANT HOSPITA  UNSECURED       NOT FILED           .00            .00
SWEDISH COVENANT HOSPITA  UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF   UNSECURED       NOT FILED           .00            .00
UNIFUND CCR PARTNERS      UNSECURED         1186.08           .00            .00
WOJTECH KANTOCH           UNSECURED       NOT FILED           .00            .00
CITIFINANCIAL AUTO CREDI  UNSECURED       NOT FILED           .00            .00
PRISTINE MOTORS INC       SECURED NOT I        .00            .00            .00
PRISTINE MOTORS INC       UNSECURED       NOT FILED           .00            .00
CITIFINANCIAL AUTO CREDI  NOTICE ONLY     NOT FILED           .00            .00
NATASHA BUKOROVIC         DEBTOR ATTY      1,900.00                          .00
TOM VAUGHN                TRUSTEE                                         325.80
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             4,142.28

PRIORITY                                          .00
SECURED                                      2,760.70
   INTEREST                                  1,055.78
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           325.80
DEBTOR REFUND                                     .00
                    ---------------      ---------------
TOTALS              4,142.28                 4,142.28


             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 03848 DRAGANA ZIVKOVIC
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/24/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```